**Mihir (Mark) PATEL and Lochna Patel, Appellants,**

v.

**MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION, Respondent.**

**No. WD 74739.**

Missouri Court of Appeals, Western District.

Feb. 5, 2013.

John Koenig, Jr., Sikeston, MO, for Respondent.

Joseph Borich, III, Leawood, KS, for Appellant.

Before: THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Mihir (Mark) and Mrs. Lochna Patel appeal the trial court's judgment affirming the decision of the Missouri Highways and Transportation Commission.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).